

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00527-CV

**STAGG RESTAURANTS, LLC** d/b/a McDonalds #24388,
Appellant

v.

Fred **SERRA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI17438
Honorable John D. Gabriel, Jr., Judge Presiding

### O R D E R

This is an accelerated appeal. The reporter's record was due August 6, 2018 but was not filed. On August 6, 2018, the court reporter filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). Accordingly, we ordered appellant to provide written proof to this court that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). On August 20, 2018, appellant provided written proof to this court that the reporter's fee has been paid.

We therefore **ORDER** court reporter Elva G. Chapa to file the reporter's record in this court on or before **September 4, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court